THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Antoine
 Christopher Smith, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2007-UP-435
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney for Capital Appeals Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: 
 Antoine Christopher Smith appeals his conviction for assault and battery of a
 high and aggravated nature.  Smith argues the trial court erred by refusing to
 suppress victims identification of Smith because the identification was
 irreparably tainted by an unduly suggestive identification procedure by the
 police several days after the incident.  Smith did not file a pro se response brief.  After a
 thorough review of the record and counsels brief, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Smiths appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.